IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTHONY CRISAFULLI,

    Plaintiff,

v.                                               CASE NO. 1:10-cv-00216-MP-GRJ

WELLS FARGO BANK NA,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 35, the parties' Joint Stipulation of Dismissal With Prejudice. Pursuant to the stipulation, it is hereby

**ORDERED AND ADJUDGED:**

The above cause be hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. All pending motions are denied as moot. The Clerk is directed to close this case.

**DONE AND ORDERED** this *11th* day of July, 2011

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge